THOMAS GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
James F. Battin U.S. Courthouse
2601 Second Ave. North, Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

AUG 1 6 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18- 107 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | THEFT FROM A FEDERAL FIREARMS LICENSEE<br>Title 18 U.S.C. § 922(u) (Count I)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |
| ELI CURTIS STOPS, | |
| Defendant. | |
| | PROHIBITED PERSON IN POSSESSION OF FIREARMS<br>Title 18 U.S.C. § 922(g)(9) (Count II)<br>(Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT I

That on or about February 18, 2017, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, ELI CURTIS STOPS, did unlawfully steal firearms that had been transported in interstate commerce, namely a DPMS Inc. (Defense Procurement MFG. Services), model Panther LR-308, .308 caliber semi-automatic rifle (serial number 38952), and a Bushmaster Firearms, model XM15, .223 caliber semi-automatic rifle (serial number L334847), from the business inventory of the premises at Express Pawn, 1 MacArthur Avenue, Billings, Montana, a business licensed to deal firearms, in violation of 18 U.S.C. § 922(u).

## COUNT II

That on or about February 18, 2017, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, ELI CURTIS STOPS, having been convicted on or about October 3, 2014, of a misdemeanor crime of domestic violence in the State of Montana, knowingly possessed, in and affecting interstate commerce, firearms, namely a DPMS Inc. (Defense Procurement MFG. Services), model Panther LR-308, .308 caliber semi-automatic rifle (serial number 38952), and a Bushmaster Firearms, model XM15, .223 caliber semi-automatic rifle (serial number L334847), in violation of 18 U.S.C. § 922(g)(9).

A TRUE BILL.

Foreperson signature redacted.  Original document filed under seal.

FOREPERSON

_for_ KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X_____
Bail: _____

3